LAURA E. DUFFY
United States Attorney
BRUCE C. SMITH
Assistant U.S. Attorney
California State Bar No. 078225
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101
Telephone: (619) 546-8266
Facsimile: (619) 546-0585
Email: bruce.smith@usdoj.gov

Attorneys for the United States

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ANTONIO CASTELLANOS,<br><br>Defendant. | Case No.: 10CR4367-GT<br><br>**ORDER FOR EX PARTE PETITION FOR REMISSION OF FINE AND ASSESSMENT** |

The United States of America, by its undersigned attorneys, petitioned the Court pursuant to 18 U.S.C. § 3573, as amended by P.L. 100-690, Nov. 18, 1988, for remission of the fine and penalty assessment imposed in this case. The Court finds that additional, reasonable efforts to collect the fine is not likely to be more effective, which necessitates this remission, and further finds that in the interests of justice would be served by a remission of $475.00, the unpaid portion of the fine and assessment imposed upon the

///

FILED
OCT 28 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  defendant. It is accordingly,

2  ORDERED that all of the unpaid portions of the fine and assessment, imposed upon
3  defendant in the criminal case identified, be, and is hereby, remitted.

4  DATED: 28 OCT 2013

HONORABLE GORDON THOMPSON, JR.
United States District Judge